UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

JOHN DOE,

               Plaintiff,

       v.

SEAN COMBS *et al.*,

             Defendants.

No. 24-CV-7973 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed under a pseudonym without leave of Court. Doc.
No. 1. Plaintiffs may not proceed anonymously unless they first seek and receive permission to
do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). If Plaintiff
does not file such a motion by October 28, 2024, the Court will dismiss the Complaint. No
summons will issue until Plaintiff receives leave to proceed without the name of all parties.
*See* Fed. R. Civ. P. 10(a).

SO ORDERED.

Dated:     October 21, 2024
          New York, New York

_____
Ronnie Abrams
United States District Judge