```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

              Plaintiff,

v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1–10, and INDIVIDUAL DOES 1–10,

              Defendants.

No. 24-cv-7973 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 24, 2024, Plaintiff John Doe filed a motion to proceed anonymously. Doc. No. 13. In determining whether a plaintiff may remain anonymous, the Court must balance "the plaintiff's interest in anonymity . . . against both the public interest in disclosure and any prejudice to the defendant." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Here, Doe has made a preliminary showing that his interest in anonymity outweighs the public interest and any prejudice to Defendants, given the high-profile nature of the case, the highly personal nature of his allegations, the risk of retaliation, and the steps he has taken to keep his identify confidential. *See* Doc. No. 15. Doe's motion to proceed anonymously is thus granted, at least for the time being. No later than 30 days after service of the complaint, Doe shall file a renewed

motion to proceed anonymously, which will provide Defendants an opportunity to respond to his motion. If Doe fails to timely file the motion, the Court shall order the disclosure of his identity.

The Clerk of Court is respectfully directed to issue the requested summonses.

SO ORDERED.

Dated:   October 25, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge