# CURIS LAW, PLLC
52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

December 30, 2024

**VIA ECF**

Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **_Doe v. Combs et al., 1:24-cv-7973_**

Dear Judge Abrams:

  As you know, our firm represents Plaintiff John Doe in the above-captioned action. We write to request an adjournment of the January 10th, 2025 conference at this time. We have been in negotiations with defendants' counsel regarding service of process, scheduling and case management across numerous related actions, and have faced delays caused by defendant Combs refusing to leave his cell to accept service. We believe that we have now reached an agreement in principle with defendants' counsel but are continuing to work out scheduling details in this and other cases.

  Moreover, Mr. Buzbee, who is the lead attorney in these matters, would like to be present at the conference but is unable to attend the on January 10, 2025. If Your Honor would be so inclined to grant a brief adjournment to February, that would be appreciated by the parties.

  We thank the Court for your time and attention to this matter.

                    Respectfully,
                    _/s/ Antigone Curis_
                    Antigone Curis