UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

John Doe,

        *Plaintiff*,　　　　　　　　　　　　　　No. 1:24-cv-07973

    v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL　　**PROPOSED ORDER**
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, AND
ORGANIZATIONAL DOES 1-10,

        *Defendants*.

---------------------------------------------------------X

    Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "John Doe" is GRANTED.

Date: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Judge Presiding
　　　　　　　　　　　　　　　　　　　　United States District Judge