UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>    v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1–10 and INDIVIDUAL DOES 1–10,<br><br>       Defendants. | No. 24-CV-7973 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  It has come to the Court's attention that Anthony Buzbee, Esq., who signed the Complaint and several other filings on behalf of Plaintiff, *see* Dkt. 1, 13, 34, has not been admitted to practice in the Southern District of New York. Moreover, although Mr. Buzbee was warned several weeks ago in a parallel case that this conduct violated Local Civil Rule 1.3, *see* No. 24-cv-8054 (MKV), Dkt. 47 at 1, he failed to bring this issue to the Court's attention. No later than March 18, 2025, Mr. Buzbee shall file a letter explaining why he failed to notify the Court about this issue earlier and proposing next steps to rectify it.

SO ORDERED.

Dated:   March 11, 2025
      New York, New York

                            Ronnie Abrams
                            United States District Judge