# THE BUZBEE LAW FIRM

## *www.txattorneys.com*

March 17, 2025

**VIA ECF**
**Email and U.S. Mail**
Abrams_NYSDChambers@nysd.uscourts.gov

Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *Admission to the Southern District of New York*
    *Doe v. Sean Combs, et al., Civ. Action No. 24-cv-7973 (RA)*

Dear Judge Abrams:

I write in response to your Order dated March 11, 2025, requesting further information on my admission status in the Southern District of New York.

I made an error in judgment by failing to inform you that I was not admitted to the Southern District. I now seek to remedy this error by withdrawing my representation of the Plaintiff in this matter pending the resolution of my admission to this court.

As an attorney in good standing of the New York State Bar, the Texas State Bar, and your sister district, the Bar for Eastern District of the State of New York, I believe I am eminently qualified and should not be precluded from representing the Plaintiff in this action. At this time, however, my admission status has become a distraction that has shifted the focus of the matter away from where it should be, which is securing justice for the Plaintiff. Plaintiff will continue to be represented by remaining counsel of record from Curis Law as I sort these issues out.

Respectfully,

/s/ Anthony G. Buzbee
Anthony G. Buzbee

1