August 11, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    *Barzi v. Combs, et. al.*, Case No. 24-cv-07973 (RA)

Dear Judge Abrams:

We represent Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and write, in the interest of avoiding any doubt, to respectfully request that the Court apply the Combs Defendants' motion to dismiss the original complaint to Plaintiff's First Amended Complaint, which is substantively identical to the original complaint expect that Plaintiff has now disclosed his real name.[1]

Plaintiff filed the original complaint on October 20, 2024, using a pseudonym. Dkt. #1. On March 11, 2025, the Combs Defendants moved to dismiss the complaint in its entirety as against the Combs Defendants. Dkt. ##55-56; *see also* Dkt. #69 (Combs Defendants' reply brief). On June 23, 2025, the Court denied Plaintiff's motion to proceed anonymously and ordered Plaintiff to "file an amended complaint with his true name." Dkt. #70 at 10. On June 30, 2025, Plaintiff filed the First Amended Complaint using his real name. Dkt. #71. In sum and substance, the First Amended Complaint mirrors the original complaint and the Combs Defendants' motion to dismiss (which was pending) therefore applies to it with equal force. Accordingly, we respectfully request that Court apply the Combs Defendants' motion to dismiss the original complaint to Plaintiff's First Amended Complaint.

Application granted.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
August 12, 2025

Respectfully submitted,

*/s/ Mark Cuccaro*
Mark Cuccaro
Raphael A. Friedman
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
mcuccaro@shertremonte.com
*Counsel for the Combs Defendants*

---

[1] Plaintiff also amended the complaint to remove Bad Boy Records LLC, a previously named defendant that was voluntarily dismissed and terminated from this action, *see* Dkt. #53.