UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMAN BARZI,

                Plaintiff,

v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, Inc., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

                Defendants.

No. 24-CV-7973 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Production Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC have requested oral argument on their motion to dismiss. Dkt. 55–56, 73. Oral argument will be held on January 26, 2026 at 11:30 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge