UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN BARZI,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAY BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS, LLC, ORGANIZATIONAL DOES 1-10, and INDIVIDUAL DOES 1-10,<br><br>                    Defendants. | 24-CV-7973 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the oral argument previously scheduled for January 26, 2026 is hereby adjourned to 2:00 p.m. on Tuesday, February 3, 2026.

SO ORDERED.

Dated:    January 21, 2026
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge