# CURIS LAW, PLLC

52 Duane Street, Floor 7 | New York, NY 10007
Tel: 646.335.7220 | Fax: 315.660.2610
www.curislaw.com

April 17, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

        Re:    *Barzi v. Combs 24-cv-7973*

Dear Judge Abrams,

        As directed, we are informing the Court that we will not be filing an amended complaint in this action.

        Thank you.

                                        Respectfully submitted,

                                        */s/ Antigone Curis*
                                        Antigone Curis
                                        CURIS LAW, PLLC
                                        52 Duane Street, 7th Fl.
                                        New York, NY 10007
                                        (646) 335-7220
                                        antigone@curislaw.com
                                        *Counsel for Plaintiff*